1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Dylan Hughes (State Bar No. 209113)
   Geoffrey A. Munroe (State Bar No. 228590)
3  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
4  San Francisco, CA 94108
   Phone: (415) 981-4800
5  Facsimile: (415) 981-4846

6  George A. Hanson (*pro hac forthcoming*)
   hanson@stuevesiegel.com
7  **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
8  Kansas City, Missouri 64112
   Tel:    816-714-7100
9  Fax:    816-714-7101

10 *Attorneys for Plaintiff Pati Johns*

11

12                **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 PATI JOHNS, individually, and on behalf of all      Case No. 3:08-cv-1071-MEJ
   others similarly situated,
16                                                       **PROOF OF SERVICE**
17                              Plaintiff,

        v.
18
   PANERA BREAD COMPANY, a Delaware
19 corporation; and PANERA LLC, a Delaware limited
   liability company,
20
21                              Defendants.

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Mathilda C. Regan, hereby declare as follows:

I am employed by Girard Gibbs, a Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On March 10, 2008, I served the foregoing document(s):

    **1.**    **FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT**

    **2.**    **PROOF OF SERVICE**

on

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

*Registered Agent for Defendant Panera LLC*

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Registered Agent for Defendant Panera Bread Company*

_____ by transmitting via Federal Express for overnight delivery the above listed document(s) to the address(es) set forth above on this date.

XXX by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth above.

_____ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed March 10, 2008 at San Francisco, California.

_____
Mathilda C. Regan