1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP L. ROSS, Bar No. 90042
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:    415.433.1940

5  Attorneys for Defendant
   PANERA BREAD COMPANY, A DELAWARE
6  CORPORATION; AND PANERA LLC, A
   DELAWARE LIMITED LIABILITY COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  PATI JOHNS, individually, and on behalf      Case No.  CV 08 1071
    of all others similarly situated,
11                                               **DECLINATION TO PROCEED BEFORE A**
                   Plaintiff,                    **MAGISTRATE JUDGE AND REQUEST**
12                                               **FOR REASSIGNMENT TO A UNITED**
                                                 **STATES DISTRICT JUDGE**
13          v.

14  PANERA BREAD COMPANY, a
    Delaware corporation; and PANERA LLC,
15  a Delaware limited liability company,

16                 Defendant.

17       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18           The undersigned party hereby declines to consent to the assignment of this case to a

19  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this

20  case to a United States District Judge.

21

22  Dated: March 12, 2008                        Respectfully submitted,

23

24                                               _Margaret Hart Edwards_ (signature)
                                                 Margaret Hart Edwards
25                                               LITTLER MENDELSON
                                                 A Professional Corporation
26                                               Attorneys for Defendants
                                                 PANERA BREAD COMPANY, A
27                                               DELAWARE CORPORATION; AND
                                                 PANERA LLC, A DELAWARE LIMITED
28                                               LIABILITY COMPANY

    Firmwide:84564619.1 054286.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE