MARGARET HART EDWARDS, Bar No. 65699
PHILIP ROSS, Bar No. 90042
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940

Attorneys for Defendants
PANERA BREAD COMPANY, A DELAWARE
CORPORATION; AND PANERA LLC, A
DELAWARE LIMITED LIABILITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATI JOHNS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA BREAD COMPANY, a Delaware corporation; and PANERA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:08-cv-1071-MEJ<br><br>**DECLARATION OF MARGARET HART EDWARDS, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Time:   10:00 a.m.<br>Date:   April 24, 2008<br>Place:  Courtroom B, 15th Floor |

I, Margaret Hart Edwards, Esq., do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. I am a shareholder of the law firm of Littler Mendelson, P.C., counsel of record in the above-entitled action. I am a member in good standing of the California State Bar, and am licensed to practice before this Court. I make the following declaration in support the motion to transfer venue of Defendants Panera Bread Company and Panera LLC. I make this declaration based on my own personal knowledge, unless otherwise stated and, if called to testify, I could and would testify competently to the matters stated herein.

2. The distances and travel time for each potential witness, from his or her place of work to St. Louis and San Francisco, are as follows:

| Location | Approximate Distance to San Francisco (miles) | Flight Time to San Francisco | Approximate Distance to St. Louis (miles) | Flight Time to St. Louis |
|---|---|---|---|---|
| Richmond Heights, MO | 1,730 | 4 hours 15 minutes | 7 | n/a |
| New York, New York | 2,580 | 6 hours 20 minutes | 890 | 2 hours 25 minutes |
| Needham, MA | 3,100 | 6 hours 25 minutes | 1,180 | 3 hours |
| Dallas, TX | 1,480 | 3 hours 25 minutes | 550 | 1 hour 40 minutes |
| Denver, Colorado | 970 | 2 hours 40 minutes | 770 | 2 hours 15 minutes |
| Detroit, Michigan | 2,070 | 5 hours 15 minutes | 440 | 1 hour 25 minutes |
| Sacramento, California | 82 | 45 minutes | 1,670 | 6 hours 15 minutes |

3. I derived the approximate distances from the above-listed cities to San Francisco, California and St. Louis, Missouri via the Distance Calculator website, <http://www.findlocalweather.com/how_far_is_it/ny/new+york.html>, last accessed on March 17, 2008.

4. I derived the approximate distance from Richmond Heights, Missouri to St. Louis, Missouri via Google Maps, <maps.google.com>, last accessed on March 17, 2008.

//

//

//

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL OF MARGARET HART EDWARDS, ESQ. ISO DS' MOTION TO TRANSFER VENUE (No. CV 08 1071)

2

5. I derived the flight times from the cities listed in the chart at paragraph 2 to San Francisco, California and St. Louis, Missouri via Orbitz.com, <www.orbitz.com>, last accessed on March 17, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 19th day of March, 2008, in San Francisco, California.

*Margaret Hart Edwards*
Margaret Hart Edwards

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL OF MARGARET HART EDWARDS, ESQ. ISO DS' MOTION TO TRANSFER VENUE (No. CV 08 1071)

3