1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP ROSS, Bar No. 90042
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendants
6  PANERA BREAD COMPANY, A DELAWARE
   CORPORATION; AND PANERA LLC, A
7  DELAWARE LIMITED LIABILITY COMPANY

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 PATI JOHNS, individually, and on behalf     Case No. 3:08-cv-1071-MEJ
   of all others similarly situated,
12                                             [PROPOSED] ORDER GRANTING
              Plaintiff,                       DEFENDANTS' MOTION TO TRANSFER
13                                             VENUE
        v.
14                                             Time:    10:00 a.m.
   PANERA BREAD COMPANY, a                     Date:    April 24, 2008
15 Delaware corporation; and PANERA LLC,       Place:   Courtroom B, 15th Floor
   a Delaware limited liability company,
16
              Defendants.
17

18

19        This matter came on for hearing in the above-entitled action on the Motion to

20 Transfer Venue of Defendants Panera Bread Company and Panera LLC ("Defendants") on

21 Thursday, April 24, 2008 at 10:00 a.m., in Courtroom B, 15th Floor of the above-entitled Court,

22 located at 450 Golden Gate Avenue, San Francisco, California. Margaret Hart Edwards, from the

23 law firm Littler Mendelson, P.C., appeared on behalf of Defendants. Eric H. Gibbs of the law firm

24 of Girard Gibbs LLP appeared on behalf of Plaintiff Pati Johns.

25        The Court has reviewed the papers submitted in support and in opposition to the

26 Motion to Transfer, and has heard oral argument. Accordingly, the Court finds that this action could

27 have been filed in the Eastern District of Missouri, and because such a transfer would further the

28 convenience of the parties and witnesses, and would be in the interests of justice, Defendants'

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE
(No. CV 08 1071)

1  Motion to Transfer is **GRANTED**, and the Court orders this action to be transferred to the Eastern
2  District of Missouri, Eastern Division.
3
4  **SO ORDERED**
   Dated: _____
5
6                                          _____
7                                          United States District Judge

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE
(No. CV 08 1071)

2