1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP L. ROSS, Bar No. 90042
2  MICHAEL MANKES, Bar No. 179016
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA 94108.2693
5  Telephone:    415.433.1940

6  Attorneys for Defendants
   PANERA BREAD COMPANY AND PANERA
7  LLC

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 | PATI JOHNS, individually, and on behalf        Case No.  CV 08 1071
   | of all others similarly situated,
12 |                                                **PANERA BREAD COMPANY'S ANSWER**
   |                    Plaintiff,                  **TO FIRST AMENDED COLLECTIVE AND**
13 |                                                **CLASS ACTION COMPLAINT**
   |          v.
14 |                                                CLASS ACTION
   | PANERA BREAD COMPANY, a
15 | Delaware corporation; and PANERA LLC,
   | a Delaware limited liability company,
16 |
   |                    Defendants.
17

18         COMES NOW Defendant Panera Bread Company and for its Answer to the First

19 Amended Collective and Class Action Complaint ("Complaint") filed by Plaintiff Pati Johns

20 ("Plaintiff"), on behalf of herself and all others similarly situated, admits, denies, and alleges as

21 follows:

22                              **INTRODUCTION**

23         1.      Answering Paragraph 1 of the Complaint, no answer is required to the extent

24 that this Paragraph merely defines the nature of the action, on whose behalf Plaintiff's claims are

25 asserted, and against whom Plaintiff's claims are asserted.    That said, Panera Bread Company

26 alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly

27 named as a Defendant in this action, and there are no allegations properly charged against it.  On that

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1840

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

1    basis, Panera Bread Company denies, generally and specifically, each and every allegation contained

2    in Paragraph 1.

3                                    **JURISDICTION AND VENUE**

4                   2.    Answering Paragraph 2 of the Complaint, Panera acknowledges that Plaintiff

5    seeks to invoke the jurisdiction of this Court pursuant to 29 U.S.C. section 216(b) and 28 U.S.C.

6    section 1331.  That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of

7    any putative class member, it has been incorrectly named as a Defendant in this action, and there are

8    no allegations properly charged against it.  On that basis, Panera Bread Company denies, generally

9    and specifically, each and every other allegation contained in Paragraph 2.

10                  3.    Answering Paragraph 3 of the Complaint, Panera Bread Company

11   acknowledges that Plaintiff seeks to invoke the jurisdiction of this Court over her state law claims

12   under the doctrine of pendent jurisdiction and under the Class Action Fairness Act ("CAFA"), 28

13   U.S.C. section 1332(d)(2)(A).  That said, Panera Bread Company alleges that it is not the employer

14   of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this

15   action, and there are no allegations properly charged against it.  On that basis, Panera Bread

16   Company denies, generally and specifically, each and every other allegation contained in Paragraph

17   3.

18                  4.    Answering Paragraph 4 of the Complaint, Panera Bread Company alleges that

19   it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a

20   Defendant in this action, and there are no allegations properly charged against it.  On that basis,

21   Panera Bread Company denies, generally and specifically, each and every other allegation contained

22   in Paragraph 4.

23                                    **INTRADISTRICT ASSIGNMENT**

24                  5.    Answering Paragraph 5 of the Complaint, Panera Bread Company alleges that

25   it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a

26   Defendant in this action, and there are no allegations properly charged against it.  On that basis,

27   Panera Bread Company denies, generally and specifically, each and every other allegation contained

28   in Paragraph 5.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    2.
ACTION COMPL. (NO. CV 08 1071)

**PARTIES**

6.  Answering Paragraph 6 of the Complaint, Panera Bread Company is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 6 and, therefore, denies the same. Panera Bread Company further admits that Plaintiff attached to her Complaint what she purports to be a Consent to Become a Party Plaintiff. That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every other allegation contained in Paragraph 6.

7.  Answering Paragraph 7 of the Complaint, Panera Bread Company admits the allegations contained in Paragraph 7.

8.  Answering Paragraph 8 of the Complaint, Panera Bread Company admits the allegations contained in Paragraph 8.

9.  Answering Paragraph 9 of the Complaint, the first sentence states a conclusion of law to which no response is required and, to the extent that the first sentence of Paragraph 9 contains any factual allegations of "joint employer" status, Panera Bread Company denies, generally and specifically, each and every allegation contained therein. Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 9.

**GENERAL ALLEGATIONS**

10.  Answering Paragraph 10 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 10 of the Complaint.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

3.

11.    Answering Paragraph 11 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 11 of the Complaint.

12.    Answering Paragraph 12 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 12 of the Complaint.

13.    Answering Paragraph 13 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 13 of the Complaint.

14.    Answering Paragraph 14 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 14 of the Complaint.

15.    Answering Paragraph 15 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 15 of the Complaint.

16.    Answering Paragraph 16 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    4.
ACTION COMPL. (NO.  CV 08 1071)

1    Panera Bread Company denies, generally and specifically, each and every allegation contained in

2    Paragraph 16 of the Complaint.

3              17.    Answering Paragraph 17 of the Complaint, Panera Bread Company alleges

4    that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

5    as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

6    Panera Bread Company denies, generally and specifically, each and every allegation contained in

7    Paragraph 17 of the Complaint.

8              18.    Answering Paragraph 18 of the Complaint, Panera Bread Company alleges

9    that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

10   as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

11   Panera Bread Company denies, generally and specifically, each and every allegation contained in

12   Paragraph 18 of the Complaint.

13             19.    Answering Paragraph 19 of the Complaint, Panera Bread Company alleges

14   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

15   as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

16   Panera Bread Company denies, generally and specifically, each and every allegation contained in

17   Paragraph 19 of the Complaint.

18             20.    Answering Paragraph 20 of the Complaint, Panera Bread Company alleges

19   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

20   as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

21   Panera Bread Company denies, generally and specifically, each and every allegation contained in

22   Paragraph 20 of the Complaint.

23                          **COLLECTIVE AND CLASS ALLEGATIONS**

24             21.    Answering Paragraph 21 of the Complaint, Panera Bread Company admits

25   that the FLSA claim in this case has been brought as a purported collective action pursuant to 29

26   U.S.C. section 216(b).   That said, Panera Bread Company alleges that it is not the employer of

27   Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action,

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    5.
ACTION COMPL. (NO.  CV 08 1071)

1    and there are no allegations properly charged against it.   On that basis, Panera Bread Company

2    denies, generally and specifically, each and every other allegation contained in Paragraph 21.

3            22.    Answering Paragraph 22 of the Complaint, Panera Bread Company admits

4    that the state law claims in this case have been brought as a purported class action pursuant to Fed.

5    R. Civ. P. 23.  That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of

6    any putative class member, it has been incorrectly named as a Defendant in this action, and there

7    no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally

8    and specifically, each and every allegation contained in Paragraph 22.

9            23.    Answering Paragraph 23 of the Complaint, Panera Bread Company admits

10   that Plaintiff seeks to pursue an FLSA claim by those who opt-in to the case pursuant to 29 U.S.C.

11   section 216(b).  That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of

12   any putative class member, it has been incorrectly named as a Defendant in this action, and there

13   no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally

14   and specifically, each and every allegation contained in Paragraph 23.

15           24.    Answering Paragraph 24 of the Complaint, Panera Bread Company admits

16   that Plaintiff seeks to pursue state law claims on behalf of all similarly-situated persons who do not

17   opt-out of the class.  That said, Panera Bread Company alleges that it is not the employer of Plaintiff

18   or of any putative class member, it has been incorrectly named as a Defendant in this action, and

19   there are no allegations properly charged against it.   On that basis, Panera Bread Company denies,

20   generally and specifically, each and every allegation contained in Paragraph 24.

21           25.    Answering Paragraph 25 of the Complaint, Plaintiff's demand for relief

22   requires neither an admission nor denial by Panera.  That said, Panera Bread Company alleges that it

23   is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a

24   Defendant in this action, and there are no allegations properly charged against it.   On that basis,

25   Panera Bread Company denies, generally and specifically, each and every allegation contained in

26   Paragraph 25.

27           26.    Answering Paragraph 26 of the Complaint, Panera Bread Company alleges

28   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS          6.
ACTION COMPL. (NO. CV 08 1071)

1    as a Defendant in this action, and there are no allegations properly charged against it.    On that basis,

2    Panera Bread Company denies, generally and specifically, each and every allegation contained in

3    Paragraph 26.

4          27.    Answering Paragraph 27 of the Complaint, Panera Bread Company alleges

5    that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

6    as a Defendant in this action, and there are no allegations properly charged against it.    On that basis,

7    Panera Bread Company denies, generally and specifically, each and every allegation contained in

8    Paragraph 27.

9          28.    Answering Paragraph 28 of the Complaint, Panera Bread Company alleges

10   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

11   as a Defendant in this action, and there are no allegations properly charged against it.    On that basis,

12   Panera Bread Company denies, generally and specifically, each and every allegation contained in

13   Paragraph 28.

14         29.    Answering Paragraph 29 of the Complaint, Panera Bread Company alleges

15   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

16   as a Defendant in this action, and there are no allegations properly charged against it.    On that basis,

17   Panera Bread Company denies, generally and specifically, each and every allegation contained in

18   Paragraph 29.

19         30.    Answering Paragraph 30 of the Complaint, Panera Bread Company alleges

20   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

21   as a Defendant in this action, and there are no allegations properly charged against it.    On that basis,

22   Panera Bread Company denies, generally and specifically, each and every allegation contained in

23   Paragraph 30.

24         31.    Answering Paragraph 31 of the Complaint, Panera Bread Company alleges

25   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

26   as a Defendant in this action, and there are no allegations properly charged against it.    On that basis,

27   Panera Bread Company denies, generally and specifically, each and every allegation contained in

28   Paragraph 31.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    7.
ACTION COMPL. (NO. CV 08 1071)

32.    Answering Paragraph 32 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 32.

33.    Answering Paragraph 33 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 33.

## COUNT I

### (Violation of the Fair Labor Standards Act of 1938)

34.    Answering Paragraph 34 of the Complaint, Panera Bread Company incorporates by reference its answers to Paragraphs 1 through 33 of the Complaint, and responds to Plaintiff's further allegations as set forth below.

35.    Answering Paragraph 35 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 35.

36.    Answering Paragraph 36 of the Complaint, Panera Bread Company admits that the FLSA regulates, among other things, the payment of overtime pay by certain employers to certain categories of employees.    That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 36.

37.    Answering Paragraph 37 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433 1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO.  CV 08 1071)

8.

1   as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

2   Panera Bread Company denies, generally and specifically, each and every allegation contained in

3   Paragraph 37.

4        38.     Answering Paragraph 38 of the Complaint, Panera Bread Company alleges

5   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

6   as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

7   Panera Bread Company denies, generally and specifically, each and every allegation contained in

8   Paragraph 38.

9        39.     Answering Paragraph 39 of the Complaint, Panera Bread Company admits

10  that section 13 of the FLSA, 29 U.S.C. section 213, exempts certain categories of employees from

11  overtime pay obligations.   That said, Panera Bread Company alleges that it is not the employer of

12  Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action,

13  and there are no allegations properly charged against it.   On that basis, Panera Bread Company

14  denies, generally and specifically, each and every allegation contained in Paragraph 39.

15       40.     Answering Paragraph 40 of the Complaint, Panera Bread Company alleges

16  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

17  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

18  Panera Bread Company denies, generally and specifically, each and every allegation contained in

19  Paragraph 40.

20       41.     Answering Paragraph 41 of the Complaint, Panera Bread Company alleges

21  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

22  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

23  Panera Bread Company denies, generally and specifically, each and every allegation contained in

24  Paragraph 41.

25       42.     Answering Paragraph 42 of the Complaint, Panera Bread Company alleges

26  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

27  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

1  Panera Bread Company denies, generally and specifically, each and every allegation contained in

2  Paragraph 42.

3       43.    Answering Paragraph 43 of the Complaint, Panera Bread Company alleges

4  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

5  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

6  Panera Bread Company denies, generally and specifically, each and every allegation contained in

7  Paragraph 43.

8                                    **COUNT II**

9            **(Failure to Pay Overtime Wages in Violation of California State Law)**

10      44.    Answering Paragraph 44 of the Complaint, Panera Bread Company

11  incorporates by reference its answers to Paragraphs 1 through 43 of the Complaint, and responds to

12  Plaintiff's further allegations as set forth below.

13      45.    Answering Paragraph 45 of the Complaint, Panera Bread Company admits

14  that IWC Wage Order No. 5 and California Labor Code section 510 require the payment of overtime

15  premium(s) to certain non-exempt employees for hours worked in excess of eight in a given

16  workday, in excess of forty in a given workweek, or on the seventh day worked in a single

17  workweek and require double-time to certain non-exempt employees for all hours worked over

18  twelve in a single workday or eight on the seventh day worked in a single workweek.   That said,

19  Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class

20  member, it has been incorrectly named as a Defendant in this action, and there are no allegations

21  properly charged against it.    On that basis, Panera Bread Company denies, generally and

22  specifically, each and every allegation contained in Paragraph 45.

23      46.    Answering Paragraph 46 of the Complaint, Panera Bread Company alleges

24  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

25  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

26  Panera Bread Company denies, generally and specifically, each and every allegation contained in

27  Paragraph 46.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                     10.
ACTION COMPL. (NO.  CV 08 1071)

47.    Answering Paragraph 47 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 47.

48.    Answering Paragraph 48 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 48.

49.    Answering Paragraph 49 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 49.

**COUNT III**

**(Violation of the California Business and Professions Code §§ 17200, *et seq.*)**

50.    Answering Paragraph 50 of the Complaint, Panera Bread Company incorporates by reference its answers to Paragraphs 1 through 49 of the Complaint, and responds to Plaintiff's further allegations as set forth below.

51.    Answering Paragraph 51 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 51.

52.    Answering Paragraph 52 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    11.
ACTION COMPL. (NO. CV 08 1071)

1   Panera Bread Company denies, generally and specifically, each and every allegation contained in

2   Paragraph 52.

3          53.    Answering Paragraph 53 of the Complaint, Panera Bread Company alleges

4   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

5   as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

6   Panera Bread Company denies, generally and specifically, each and every allegation contained in

7   Paragraph 53.

8          54.    Answering Paragraph 54 of the Complaint, Panera Bread Company alleges

9   that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

10  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

11  Panera Bread Company denies, generally and specifically, each and every allegation contained in

12  Paragraph 54.

13         55.    Answering Paragraph 55 of the Complaint, Panera Bread Company alleges

14  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

15  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

16  Panera Bread Company denies, generally and specifically, each and every allegation contained in

17  Paragraph 55.

18         56.    Answering Paragraph 56 of the Complaint, Panera Bread Company alleges

19  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

20  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

21  Panera Bread Company denies, generally and specifically, each and every allegation contained in

22  Paragraph 56.

23                              **COUNT IV**

24  **(Failure to Pay All Compensation Due and Owing at Termination in
    Violation of California State Law)**

25         57.    Answering Paragraph 57 of the Complaint, Panera Bread Company

26  incorporates by reference its answers to Paragraphs 1 through 56 of the Complaint, and responds to

27  Plaintiff's further allegations as set forth below.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA. 84108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    12.
ACTION COMPL. (NO.  CV 08 1071)

58.    Answering Paragraph 58 of the Complaint, Panera Bread Company admits that California Labor Code section 201 requires an employer who discharges an employee to pay compensation due and owing upon discharge. That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 58.

59.    Answering Paragraph 59 of the Complaint, Panera Bread Company admits that California Labor Code section 202 requires an employer to pay to an employee who voluntarily resigns compensation due and owing within seventy-two hours of resignation. That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 59.

60.    Answering Paragraph 60 of the Complaint, Panera Bread Company admits that California Labor Code section 203 imposes a penalty if an employer willfully fails to pay compensation due and owing to an employee upon discharge or resignation. That said, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 60.

61.    Answering Paragraph 61 of the Complaint, Panera Bread Company alleges that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named as a Defendant in this action, and there are no allegations properly charged against it. On that basis, Panera Bread Company denies, generally and specifically, each and every allegation contained in Paragraph 61.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415 433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

13.

1

**COUNT V**

2

**(Failure to Provide Rest and Meal Periods in Violation of California State Law)**

3    62.    Answering Paragraph 62 of the Complaint, Panera Bread Company

4  incorporates by reference its answers to Paragraphs 1 through 61 of the Complaint, and responds to

5  Plaintiff's further allegations as set forth below.

6    63.    Answering Paragraph 63 of the Complaint, Panera Bread Company alleges

7  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

8  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

9  Panera Bread Company denies, generally and specifically, each and every allegation contained in

10  Paragraph 63.

11    64.    Answering Paragraph 64 of the Complaint, Panera Bread Company alleges

12  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

13  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

14  Panera Bread Company denies, generally and specifically, each and every allegation contained in

15  Paragraph 64.

16    65.    Answering Paragraph 65 of the Complaint, Panera Bread Company alleges

17  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

18  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

19  Panera Bread Company denies, generally and specifically, each and every allegation contained in

20  Paragraph 65.

21    66.    Answering Paragraph 66 of the Complaint, Panera Bread Company alleges

22  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

23  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

24  Panera Bread Company denies, generally and specifically, each and every allegation contained in

25  Paragraph 66.

26    67.    Answering Paragraph 67 of the Complaint, Panera Bread Company alleges

27  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

28  as a Defendant in this action, and there are no allegations properly charged against it.   On that basis,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

14.

1  Panera Bread Company denies, generally and specifically, each and every allegation contained in

2  Paragraph 67.

3          68.    Answering Paragraph 68 of the Complaint, Panera Bread Company alleges

4  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

5  as a Defendant in this action, and there are no allegations properly charged against it.  On that basis,

6  Panera Bread Company denies, generally and specifically, each and every allegation contained in

7  Paragraph 68.

8          69.    Answering Paragraph 69 of the Complaint, Panera Bread Company alleges

9  that it is not the employer of Plaintiff or of any putative class member, it has been incorrectly named

10  as a Defendant in this action, and there are no allegations properly charged against it.  On that basis,

11  Panera Bread Company denies, generally and specifically, each and every allegation contained in

12  Paragraph 69.

13  **DEFENSES**

14  AS A FIRST DEFENSE, Panera Bread Company alleges that the Complaint, and

15  each and every cause of action contained therein, fails to properly state a claim upon which relief can

16  be granted.

17  AS A SECOND DEFENSE, Panera Bread Company alleges that it can have no

18  liability for wages, penalties, interest, or other compensation or amounts that may be due Plaintiff

19  because it was not Plaintiff's employer within the definition of, but not limited to, the federal Fair

20  Labor Standards Act, the California Labor Code, and the California Industrial Welfare Commission

21  wage orders.

22  AS A THIRD DEFENSE, Panera Bread Company alleges that all or portions of

23  Plaintiff's claims are barred by the applicable statute of limitations, including, but not limited to,

24  California Business and Professions Code section 17208, and California Code of Civil Procedure

25  sections 203, 337, 338, 339 and/or 340.

26  AS A FOURTH DEFENSE, Panera Bread Company alleges that Plaintiff was not

27  entitled to payment of overtime premiums because she was exempted from overtime requirements

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS      15.
ACTION COMPL. (NO.  CV 08 1071)

1   pursuant to, but not limited to, 29 U.S.C. section 213 *et seq.*, the California Labor Code, and the

2   provisions of the California Industrial Welfare Commission's wage orders.

3       AS A FIFTH DEFENSE, Panera Bread Company alleges that any violation of the

4   Fair Labor Standards Act was not willful, and that all or portions of Plaintiff's claims alleging

5   violation of the Fair Labor Standards Act are barred by the applicable statute of limitations,

6   including, but not limited to, 29 U.S.C. section 255.

7       AS A SIXTH DEFENSE, Panera Bread Company alleges that any violation of the

8   Fair Labor Standards Act was an act or omission made in good faith and Panera Bread Company had

9   reasonable grounds for believing that the act or omission was not a violation of the Fair Labor

10  Standards Act so that, pursuant to 29 U.S.C. section 260, liquidated damages cannot be awarded.

11      AS A SEVENTH DEFENSE, Panera Bread Company alleges that the amounts

12  described in section 7(e) of the Fair Labor Standards Act, 29 U.S.C. section 207(e), must be

13  excluded from the regular rate on which any overtime due is calculated under either federal or

14  California law.

15      AS AN EIGHTH DEFENSE, Panera Bread Company alleges that its business actions

16  or practices, to the extent any business actions or practices existed, were not "unfair" within the

17  meaning of California Business and Professions Code section 17200 *et seq.*

18      AS A NINTH DEFENSE, Panera Bread Company alleges that its business actions or

19  practices, to the extent any business actions were taken or practices existed, were not "unlawful"

20  within the meaning of California Business and Professions Code section 17200 *et seq.*

21      AS A TENTH DEFENSE, Panera Bread Company alleges that its business actions or

22  practices, to the extent any business actions were taken or practices existed, were not "harmful"

23  within the meaning of California Business and Professions Code section 17200 *et seq.*

24      AS AN ELEVENTH DEFENSE, Panera Bread Company alleges that its business

25  actions or practices, to the extent any business actions were taken or practices existed, were not

26  "fraudulent" or "deceptive" within the meaning of California Business and Professions Code section

27  17200 *et seq.*

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

16.

1        AS A TWELFTH DEFENSE, Panera Bread Company alleges that Plaintiff's claims

2   under the California Labor Code, including Labor Code section 226.7, are barred because Plaintiff

3   lacks a private right of action to bring suit under that statute.

4        AS A THIRTEENTH DEFENSE, Panera Bread Company alleges that the Complaint

5   fails to properly state a claim for penalties under California Labor Code section 203 because any

6   failure to pay wages found to be due Plaintiff was not willful.

7        AS A FOURTEENTH DEFENSE, Panera Bread Company alleges that the Complaint

8   fails to properly state a claim for penalties under California Labor Code section 203 because there is

9   a bona fide, good faith dispute with respect to Panera Bread Company's obligation to pay any wages

10  that may be found to be due.

11       AS A FIFTEENTH DEFENSE, Panera Bread Company alleges that Plaintiff's claims

12  are barred by the doctrine of estoppel.

13       AS A SIXTEENTH DEFENSE, Panera Bread Company alleges that Plaintiff lacks

14  standing to bring her claims and the claims of putative class members as to all or a portion of the

15  claims presented in the Complaint.

16       AS A SEVENTEENTH DEFENSE, Panera Bread Company alleges that all or

17  portions of Plaintiff's claims are barred by the doctrine of laches.

18       AS AN EIGHTEENTH DEFENSE, Panera Bread Company alleges that all or

19  portions of Plaintiff's claims are barred by the doctrine of unclean hands.

20       AS A NINETEENTH DEFENSE, Panera Bread Company alleges that all or portions

21  of Plaintiff's claims are barred by the doctrine of avoidable consequences because reasonable steps

22  were taken to prevent and correct improper wage payments, Plaintiff unreasonably failed to use the

23  preventative and corrective opportunities provided to her, and the reasonable use of those procedures

24  would have prevented at least some, if not all, of the harm Plaintiff allegedly suffered.

25       AS A TWENTIETH DEFENSE, Panera Bread Company alleges that Plaintiff was

26  treated fairly and in good faith, and that all actions taken with respect to Plaintiff, to the extent any

27  actions were taken, were taken for lawful business reasons and in good faith.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    17.
ACTION COMPL. (NO.  CV 08 1071)

1    AS A TWENTY-FIRST DEFENSE, Panera Bread Company alleges that Plaintiff

2   was not entitled to mandatory meal and rest periods under California law, nor is she entitled to

3   recover penalties under California law for allegedly missed meal or rest periods, because she was

4   exempted from meal and rest period requirements pursuant to the provisions of the California

5   Industrial Welfare Commission wage orders.

6    AS A TWENTY-SECOND DEFENSE, Panera Bread Company alleges that

7   Plaintiff's prosecution of this action by Plaintiff as a representative of the general public under

8   California Business and Professions Code section 17200 *et seq.*, as applied to the facts and

9   circumstances of this case, would constitute a denial of Panera Bread Company's substantive and

10  procedural due process rights under the Fourteenth Amendment of the United States Constitution

11  and under the California Constitution.

12    AS A TWENTY-THIRD DEFENSE, Panera Bread alleges that the Complaint fails to

13  properly state a claim for punitive damages as the claims asserted by Plaintiff do not provide for

14  punitive or exemplary damages as a remedy or an element of damages.

15    AS A TWENTY-FOURTH DEFENSE, Panera Bread Company alleges that Plaintiff

16  is not entitled to equitable relief insofar as she has adequate remedies at law.

17    AS A TWENTY-FIFTH DEFENSE, Panera Bread Company alleges that all or

18  portions of Plaintiff's claims are barred by the doctrine of waiver or release.

19    AS A TWENTY-SIXTH DEFENSE, Panera Bread Company alleges that Plaintiff

20  consented to, encouraged, or voluntarily participated in all actions taken, if any.

21    AS A TWENTY-SEVENTH DEFENSE, Panera Bread Company alleges that any

22  unlawful or other wrongful acts of any person(s) employed by Panera Bread Company, to the extent

23  that any such acts were taken, were outside of the scope of his or her authority and such acts, if any,

24  were not authorized, ratified, or condoned by Panera Bread Company, nor did Panera Bread

25  Company know or have reason to be aware of such alleged conduct.

26    AS A TWENTY-EIGHTH DEFENSE, Panera Bread Company alleges that Plaintiff's

27  claims are barred in whole or in part by the doctrine of accord and satisfaction.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS          18.
ACTION COMPL. (NO. CV 08 1071)

1    AS A TWENTY-NINTH DEFENSE, Panera Bread Company alleges that Plaintiff's

2    claims for recovery pursuant to California Business and Professions Code section 17200 *et seq.* are

3    barred with respect to penalties of any nature.

4    AS A THIRTIETH DEFENSE, Panera Bread Company alleges that, to the extent

5    Plaintiff seeks statutory or other penalties or punitive damages, such claims must comport with the

6    due process requirements of *State Farm v. Campbell*, 538 U.S. 408 (2003).

7    AS A THIRTY-FIRST DEFENSE, Panera Bread Company alleges that the

8    Complaint and each cause of action therein, or some of them, is barred because the applicable wage

9    orders of the California Industrial Welfare Commission or the provisions of the California Labor

10    Code are unconstitutionally vague and ambiguous and violate Panera Bread Company's rights under

11    the United States and California Constitutions to, among other things, due process of law.

12    AS A THIRTY-SECOND DEFENSE, Panera Bread Company alleges that Plaintiff's

13    prayers for restitution, disgorgement, or equitable relief under California Business and Professions

14    Code section 17200 *et seq.* are barred with respect to any alleged violations that have discontinued,

15    ceased, or are not likely to recur.

16    AS A THIRTY-THIRD DEFENSE, Panera Bread Company alleges that Plaintiff's

17    claims are barred in whole or in part because Plaintiff's alleged injuries were not proximately caused

18    by any unlawful policy, custom, practice and/or procedure promulgated and/or tolerated by Panera

19    Bread Company.

20    AS A THIRTY-FOURTH DEFENSE, Panera Bread Company alleges that the

21    Complaint fails to properly state a claim for prejudgment interest, as the damages claimed are not

22    sufficiently certain to support an award of prejudgment interest.

23    AS A THIRTY-FIFTH DEFENSE, Panera Bread Company alleges that the

24    Complaint fails to properly state a claim for recovery of costs and attorney's fees under California

25    Labor Code sections 218.5 or 1194, California Code of Civil Procedure section 1021.5, California

26    Business and Professions Code section 17200 *et seq.*, 29 U.S.C. section 216(b), or any other basis.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS          19.
ACTION COMPL. (NO. CV 08 1071)

1       AS A THIRTY-SIXTH DEFENSE, Panera Bread Company alleges that the

2  Complaint fails to properly state a claim for recovery of compensatory damages based upon wages

3  due and owing, restitution, disgorgement, or any other basis.

4       AS A THIRTY-SEVENTH DEFENSE, Panera Bread Company alleges that Panera

5  Bread Company is entitled to an offset against any relief due Plaintiff and/or those persons she seeks

6  to represent, based upon their respective wrongful conduct and/or monies owed to Panera Bread

7  Company.

8       AS A THIRTY-EIGHTH DEFENSE, Panera Bread Company alleges that the

9  Complaint fails to properly state a claim that may be maintained as a class action under Rule 23 of

10  the Federal Rules of Civil Procedure.

11       AS A THIRTY-NINTH DEFENSE, Panera Bread Company alleges that Plaintiff

12  cannot fairly and adequately represent the interests of the purported class.

13       AS A FORTIETH DEFENSE, Panera Bread Company alleges that Plaintiff is not a

14  proper party to the action.

15       AS A FORTY-FIRST DEFENSE, Panera Bread Company alleges that certification of

16  a class, as applied to the facts and circumstances of this case, would constitute a denial of Panera

17  Bread Company's rights to trial by jury and to substantive and procedural due process, in violation

18  of the Fourteenth Amendment of the United States Constitution and the Due Process and Equal

19  Protection Clauses of the California Constitution.

20       AS A FORTY-SECOND DEFENSE, Panera Bread Company alleges that this suit

21  may not be properly maintained as a class action because: (a) Plaintiff has failed to plead, and cannot

22  establish the necessary procedural elements for, class treatment; (b) a class action is not an

23  appropriate method for the fair and efficient adjudication of the claims described in the Complaint;

24  (c) common issues of fact or law do not predominate; to the contrary, individual issues predominate;

25  (d) Plaintiff's claims are not representative or typical of the claims of the putative class; (e) Plaintiff

26  is not a proper class representative; (f) the named Plaintiff and alleged putative class counsel are not

27  adequate representatives for the alleged putative class; (g) Plaintiff cannot satisfy any of the

28  requirements for class action treatment, and class action treatment is neither appropriate nor

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS
ACTION COMPL. (NO. CV 08 1071)

20.

constitutional; (h) there is not a well-defined community of interest in the questions of law or fact affecting Plaintiff and the members of the alleged putative class; (i) the alleged putative class is not ascertainable, nor are its members identifiable; and (j) to the extent the alleged putative class is ascertainable and its members are identifiable, the number of putative class members is too small to meet the numerosity requirement for a class action.

AS A FORTY-THIRD DEFENSE, Panera Bread Company alleges that the adjudication of the claims of the putative class through generalized class-wide proof would violate Panera Bread Company's rights to trial by jury under the United States Constitution and the California Constitution.

AS A FORTY-FOURTH DEFENSE, Panera Bread Company alleges that the Complaint fails to properly state facts sufficient to entitle Plaintiff or putative class members to any relief, including, but not limited to, its failure to properly state facts sufficient to identify any actual or threatened harm to Plaintiff beyond pure speculation, its failure to allege facts showing that Plaintiff has no adequate remedy at law, and that the proposed relief would impose an undue burden on both Panera Bread Company and the Court and be so uncertain as to be wholly unenforceable.

AS A FORTY-FIFTH DEFENSE, Panera Bread Company alleges that some work performed by Plaintiff or putative class members was completely voluntary in nature and without Panera Bread Company's knowledge or authorization, and was not required as a term or condition of Plaintiff's or putative class members' continued employment, and does not constitute compensable working time under the FLSA, as a matter of law, pursuant to 29 C.F.R. § 785.27.

AS A FORTY-SIXTH DEFENSE, Panera Bread Company alleges that any time spent by the Plaintiff and putative class members beyond their compensated workweek was *de minimis*.

AS A FORTY-SEVENTH DEFENSE, Panera Bread Company alleges that Panera Bread Company is not liable for the alleged failure to pay overtime compensation to Plaintiff or putative class members under the FLSA because the method by which Plaintiff and putative class members were compensated was done in good faith, in conformity with, and in reliance upon, written administrative regulations or interpretations of the Administrator of the Wage and Hour

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
450 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS                    21.
ACTION COMPL. (NO. CV 08 1071)

1    Division of the U.S. Department of Labor within the meaning of Section 10 of the Portal-To-Portal

2    Pay Act, 29 U.S.C. § 259.

3        AS A FORTY-EIGHTH DEFENSE, Panera Bread Company alleges that Plaintiff's

4    claims are barred, in whole or in part, because she failed to mitigate her damages.

5        AS A FORTY-NINTH DEFENSE, Panera Bread Company alleges that Plaintiff and

6    putative class members are employed pursuant to bona fide individual contracts, their duties

7    necessitate that they work irregular hours, and they receive the requisite amount of pay such that,

8    even if they were classified as non-exempt, they would fall under section 7(f) of the FLSA and

9    would not be entitled to additional pay for overtime.

10       AS A FIFTIETH DEFENSE, Panera Bread Company asserts that the imposition of

11   punitive damages, if punitive damages are indeed prayed for, would violate its constitutional rights

12   to due process and to equal protection and to be free from excessive fines, would constitute a

13   criminal penalty, entitling it to the rights given to defendants in criminal proceedings under the

14   Constitutions of the United States and the State of California, and/or is barred by the United States

15   Supreme Court's decision in *Kolstad v. American Dental Association.*

16       AS A FIFTY-FIRST DEFENSE, Panera Bread Company alleges that Plaintiff's

17   claims are barred in whole or in part and Plaintiff lacks standing to bring her claims because

18   Plaintiff's alleged injuries were caused by her own failure to perform her job duties consistent with

19   expectations and her failure to follow directives, policies and procedures.

20       AS A FIFTY-SECOND DEFENSE, Panera Bread Company opposes class

21   certification and disputes the propriety of class treatment.  If the Court certifies a class and/or

22   collective action in this case over Panera Bread Company's objections, then Panera Bread Company

23   asserts the affirmative defenses set forth herein against each and every member of the certified class.

24                    **PRAYER FOR RELIEF**

25       WHEREFORE, Panera Bread Company prays for judgment from this Court as

26   follows:

27       1.    Plaintiff takes nothing by this action;

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS          22.
ACTION COMPL. (NO. CV 08 1071)

1        2.      That the Complaint be dismissed with prejudice and that judgment be entered

2   against Plaintiff and in favor of Panera Bread Company on each of Plaintiff's causes of action;

3        3.      That Plaintiff be ordered to pay Panera Bread Company costs and attorney's

4   fees, including, but not limited to, costs and attorney's fees provided under California Labor Code

5   section 218.5; and

6        4.      Such other and further relief as the Court deems appropriate and proper.

7

8   Dated: March 27, 2008                 Respectfully submitted,

9

10

11                            Margaret Hart Edwards
LITTLER MENDELSON

12                            A Professional Corporation
Attorneys for Defendants

13                            PANERA BREAD COMPANY AND
PANERA LLC

14   Firmwide:84672042.1 054286.1005

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PANERA BREAD CO.'S ANSW. TO 1ST
AMEND. COLLECTIVE AND CLASS       23.
ACTION COMPL. (NO.  CV 08 1071)