**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PATI JOHNS,     )
                Plaintiff     )     CASE NO. C-08-1071 MEJ
     v.     )
                     )     **NOTICE OF IMPENDING**
                     )     **REASSIGNMENT TO A**
PANERA BREAD COMPANY, et al.,     )     **UNITED STATES**
                     )     **DISTRICT COURT JUDGE**
                Defendants     )
                     )

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  __x__  (1) One or more of the parties has requested reassignment to a United States District Judge, or

  _____  (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  _____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: March 31, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk