1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP L. ROSS, Bar No. 90042
2  MICHAEL MANKES, Bar No. 179016
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorneys for Defendants
6  PANERA BREAD COMPANY AND
   PANERA LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | PATI JOHNS, individually, and on behalf   | Case No.  CV 08 1071 SC
   | of all others similarly situated,         |
11 |                                           | DEFENDANTS PANERA BREAD
   |            Plaintiff,                     | COMPANY AND PANERA LLC'S
12 |                                           | AMENDED NOTICE OF MOTION TO
   |        v.                                 | TRANSFER VENUE
13 |                                           |
   | PANERA BREAD COMPANY, a                   | Time:     10:00 a.m.
14 | Delaware corporation; and PANERA LLC,     | Date:     April 25, 2008
   | a Delaware limited liability company,     | Place:    Courtroom 1, 17th Floor
15 |                                           |
   |            Defendants.                    |
16

17  TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

18        Pursuant to this matter's reassignment to the Honorable Samuel Conti,

19        PLEASE TAKE NOTICE on Friday, April 25, 2008 at 10:00 a.m., or as soon

20  thereafter as counsel can be heard in Courtroom 1, 17th Floor of the above-entitled Court, located at

21  450 Golden Gate Avenue, San Francisco, California, Defendants Panera Bread Company and Panera

22  LLC will move to transfer this action to the Eastern District of Missouri, Eastern Division, pursuant

23  to 28 U.S.C. § 1404(a), on the grounds that the Eastern District of Missouri would be more

24  convenient for the parties and the witnesses, and such transfer would be in the interest of justice.

25        This motion is based upon this Amended Notice of Motion, and the previously filed

26  Memorandum of Points and Authorities, Declarations of Courtney Higgins and Margaret Hart

27  Edwards, Esq., and all pleadings and papers on file in this litigation, and upon such other matters as

28  may be presented to the Court at or before the time of the hearing.

Firmwide:84785033.1 054286.1005                                  Case No. CV 08 1071 SC

DEFENDANTS' AMENDED NOTICE OF MOTION TO TRANSFER VENUE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  Dated: April 3, 2008                               Respectfully submitted,

*Margaret Hart Edwards*
Margaret Hart Edwards
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
PANERA BREAD COMPANY AND
PANERA LLC

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

Firmwide:84785033.1 054286.1005      2      Case No. CV 08 1071 SC

DEFENDANTS' AMENDED NOTICE OF MOTION TO TRANSFER VENUE