| Attorney or Party without Attorney:<br>ERIC H. GIBBS<br>GIRARD GIBBS LLP<br>601 CALIFORNIA ST., SUITE 1400<br>SAN FRANCISCO, CA 94108<br>Telephone No: 415 981-4800    FAX No: 415 981-4846 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATI JOHNS
Defendant: PANERA BREAD COMPANY, et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1071 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Welcome To The U.S. District Court; Civil Cover Sheet; Collective And Class Action Complaint; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement.

3. a. Party served:         PANERA LLC, a Delaware corporation
   b. Person served:        MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 28, 2008 (2) at: 10:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PANERA LLC
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. The Fee for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**      e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                         (i)  Independent Contractor
      LOS ANGELES, CA 90071                        (ii) Registration No.:  5141
   c. 213-250-1111                                 (iii) County:           Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

   Date: Fri, Mar. 07, 2008

   (DOUG FORREST)

   Judicial Council Form POS-010              PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT              6403384.girgi-sf.118836