1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Dylan Hughes (State Bar No. 209113)
   Geoffrey A. Munroe (State Bar No. 228590)
3  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
4  San Francisco, California 94108
   Phone: (415) 981-4800
5  Facsimile: (415) 981-4846

6  George A. Hanson
   (*pro hac* application pending)
7  hanson@stuevesiegel.com
   Richard M. Paul III
8  (*pro hac* application pending)
   **STUEVE SIEGEL HANSON LLP**
9  460 Nichols Road, Suite 200
   Kansas City, Missouri 64112
10 Phone:  (816) 714-7100
   Facsimile:  (816) 714-7101
11
   *Attorneys for Plaintiff Marion Taylor*
12

13          **UNITED STATES DISTRICT COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15

16 PATI JOHNS, individually, and on behalf of a     Case No. 3:08-cv-1071-SC
17 class of other similarly situated employees,

18                       Plaintiff,
                v.                                  **CERTIFICATION OF INTERESTED
19                                                  ENTITIES OR PERSONS**
   PANERA BREAD COMPANY, a Delaware
20 corporation; and PANERA LLC, a Delaware
   limited liability company,
21
                          Defendants.
22

23

24

25

26

27

28
                    CERTIFICATION OF INTERESTED ENTITIES OR PERSON
                              CASE NO. CV08-1071-SC

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  May 13, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**


By:  /s/ Eric H. Gibbs

Dylan Hughes
Geoffrey A. Munroe
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

George A. Hanson (*pro hac vice* pending)
Richard M. Paul III (*pro hac vice* pending)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:  (816) 714-7100
Facsimile:   (816) 714-7101

**Attorneys for Plaintiff Pati Johns**