1  George A. Hanson
   hanson@stuevesiegel.com
2  **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
3  Kansas City, Missouri 64112
   Phone: (816) 714-7100
4  Facsimile: (816) 714-7101

FILED

MAY 19 2008

5  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
6  Dylan Hughes (State Bar No. 209113)
7  Geoffrey A. Munroe (State Bar No. 228590)
   **GIRARD GIBBS LLP**
8  601 California Street, Suite 1400
   San Francisco, CA 94108
9  Phone: (415) 981-4800
   Facsimile: (415) 981-4846

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Attorneys for Plaintiff Pati Johns*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATI JOHNS, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PANERA BREAD COMPANY, a Delaware corporation; and PANERA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:08-cv-1071-MEJ SC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, George A. Hanson, an active member in good standing of the bar of United States District Court for the Western District of Missouri, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Eric H. Gibbs, Girard Gibbs LLP, 601 California Street, Suite 1400, San Francisco, California 94108 (415) 981-4800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2008

George A. Hanson

RECEIVED

MAY 1 9 2008

RICHARD W. ...
CLERK...
NO...

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  PATI JOHNS, individually, and on behalf of a class of others similarly situated,
4                                                           Case No. 3:08-cv-1071-MEJ SC
                      Plaintiffs,
5  v.                                                       (Proposed)
                                                            ORDER GRANTING APPLICATION
6  PANERA BREAD COMPANY, a Delaware                         FOR ADMISSION OF ATTORNEY
   corporation; and PANERA LLC, a Delaware                  *PRO HAC VICE*
7  limited liability company,

8                      Defendants.

9        George A. Hanson, an active member in good standing of the bar of the United States
10  District Court for the Western District of Missouri whose business address and telephone number
11  is Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, Missouri (816) 714-
12  7100, having applied in the above-entitled action for admission to practice in the Northern
13  District of California on a *pro hac vice* basis, representing the Plaintiffs.

14        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
15  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
16  *vice*. Service of papers upon and communications with co-counsel designated in the application
17  will constitute notice to the party. All future filings in this action are subject to the requirements
18  contained in General Order No. 45, *Electronic Case Filing*.

19

20  Dated: _____          _____
                                                         United States Judge
21

22

23

24

25

26

27

28

PROPOSED ORDER                                                                    SSH 0634-97183