United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Johns,<br><br>              Plaintiff(s),<br><br>  v.<br><br>Panera Bread Company,<br><br>              Defendant(s). | 08-01071 SC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: May 22, 2008

          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
08-01071 SC           -2-

**PROOF OF SERVICE**

Case Name:     Johns v. Panera Bread Company

Case Number:   08-01071 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On May 22, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>George Allan Hanson
>Stueve Helder Siegel LLP
>460 Nichols Road
>Suite 200
>Kansas City, MO 64112
>hanson@stuevesiegel.com

>Dylan Hughes
>Girard Gibbs LLP
>601 California Street, Suite 1400
>San Francisco, CA 94108

>Geoffrey A. Munroe
>Girard Gibbs LLP
>601 California Street
>Suite 1400
>San Francisco, CA 94108

>Eric H. Gibbs
>Girard Gibbs LLP
>601 California Street

14th Floor
San Francisco, CA 94108
ehg@girardgibbs.com

Richard M. Paul III
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

George A. Hanson
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
hanson@stuevesiegel.com

Margaret Hart Edwards
Littler Mendelson
650 California Street, 20th Floor
A Professional Corporation
San Francisco, CA 94108-2693
MHEdwards@littler.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 22, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov