MARGARET HART EDWARDS (State Bar No. 65699)
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Tel: 415.433.1940
Email: mhedwards@littler.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI JOHNS individually, and on behalf of a class of other similarly situated employees,<br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PANERA BREAD COMPANY, a Delaware corporation, and PANERA LLC, a Delaware limited liability company,<br>　　　　Defendant(s). | Case No. 3:08-CV-1071-SC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

　　**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/28/08

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Macon Magee
　　　　　　　　　　　　　　　　　　　　　　　　　Panera Bread Company and
　　　　　　　　　　　　　　　　　　　　　　　　　Panera Bread LLC

Dated: 5/28/08

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Margaret Hart Edwards
　　　　　　　　　　　　　　　　　　　　　　　　　Margaret Hart Edwards
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05