1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP L. ROSS, Bar No. 90042
2  MICHAEL MANKES, Bar No. 179016
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendant
6  PANERA BREAD COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 PATI JOHNS, individually, and on behalf    Case No.  CV 08 1071 SC
   of all others similarly situated,
11                                            **DEFENDANT PANERA BREAD
                  Plaintiff,                  COMPANY'S CERTIFICATE OF
12                                            INTERESTED ENTITIES OR PERSONS**
            v.
13
   PANERA BREAD COMPANY, a
14 Delaware corporation; and PANERA LLC,
   a Delaware limited liability company,
15
                  Defendants.
16

17         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

18 persons, associations of persons, firms, partnerships, corporations (including parent corporations) or

19 other entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:  Panera, LLC, wholly-owned subsidiary;

22 Pumpernickel, Inc., wholly-owned subsidiary; Paradise Bakery & Café, Inc., subsidiary;

23 Pumpernickel Associates, Inc., indirect subsidiary; Panera Enterprises, Inc., indirect subsidiary;

24 Asiago Bread, LLC, indirect subsidiary; Atlanta JV, LLC, indirect subsidiary; Artisan Bread, LLC,

25 indirect subsidiary; Cap City Bread, LLC, indirect subsidiary; Panera International Holdings, Inc.,

26 indirect subsidiary; Panera Canada Holdings, Inc., indirect subsidiary; Panera Holding Canada,

27

28

1 ULC, indirect subsidiary; Panera Canada GP Ltd., indirect subsidiary; Panera Canada LP, indirect
2 subsidiary; Panera Bread Canada ULC, indirect subsidiary.

Dated: June 5, 2008

Respectfully submitted,

/s/ Philip L. Ross

PHILIP L. ROSS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PANERA BREAD COMPANY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

85378975.1 054286.1005

2

Case No. CV 08 1071 SC

DEFENDANT PANERA BREAD COMPANY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS