1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP L. ROSS, Bar No. 90042
2  MICHAEL MANKES, Bar No. 179016
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendant
6  PANERA LLC

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 PATI JOHNS, individually, and on behalf        Case No. CV 08 1071 SC
   of all others similarly situated,
11                                                **DEFENDANT PANERA LLC'S**
                        Plaintiff,                **CERTIFICATE OF INTERESTED**
12                                                **ENTITIES OR PERSONS**
        v.
13
   PANERA BREAD COMPANY, a
14 Delaware corporation; and PANERA LLC,
   a Delaware limited liability company,
15
                        Defendants.
16

17       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:   Panera Bread Company, parent; Pumpernickel Associates, Inc., subsidiary; Panera Enterprises, Inc., subsidiary; Asiago Bread, LLC, subsidiary; Atlanta JV, LLC, subsidiary; Artisan Bread, LLC, subsidiary; Cap City Bread, LLC, indirect subsidiary; Panera International Holdings, Inc., subsidiary; Panera Canada Holdings, Inc., indirect subsidiary; Panera Holding Canada, ULC, indirect subsidiary; Panera Canada GP Ltd.,

indirect subsidiary; Panera Canada LP, indirect subsidiary; Panera Bread Canada ULC, indirect subsidiary.

Dated: June 5, 2008

Respectfully submitted,

_____
PHILIP L. ROSS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PANERA LLC