**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 22, 2008

US District Court
Eastern District of Missouri
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

RE: CV 08-01071 SC   PATI JOHNS-v-PANERA BREAD COMPANY

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

| | |
|---|---|
| ☒ | Certified copy of docket entries. |
| ☒ | Certified copy of Transferral Order. |
| ☐ | Original case file documents. |
| ☒ | Please access the electronic case file for additional pleadings you may need. See the attached instructions for details. |

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by:  Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record