**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**

www.cand.uscourts.gov

JUL 25 2008
General Court Number
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

Richard W. Wieking
Clerk

July 22, 2008

US District Court
Eastern District of Missouri
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

RE: CV 08-01071 SC   PATI JOHNS-v-PANERA BREAD COMPANY

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

Susan Imbriani

by: Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record

CASE # 4:08 CV 1105 JCH



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SAINT LOUIS MO
28 JUL 08 PM